Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Linda A. Govan
2635 Webster Street
Philadelphia, PA 19146

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-15022-AMC**

Petition Filed Date: 12/09/2025
341 Hearing Date: 01/30/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2026 | $575.00 | 55127103695 | 01/06/2026 | $575.00 | 55127103688 | 02/18/2026 | $575.00 | |
| 03/03/2026 | $575.00 | | 03/17/2026 | $575.00 | | 04/01/2026 | $575.00 | |
| 04/15/2026 | $575.00 | | 04/29/2026 | $575.00 | | 05/15/2026 | $575.00 | |
| 05/29/2026 | $575.00 | | 06/23/2026 | $575.00 | | 07/06/2026 | $575.00 | |

**Total Receipts for the Period: $6,900.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $25,376.34 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $85,683.27 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,164.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $1,038.77 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $321.45 | $0.00 | $0.00 |
| 6 | PHILADELPHIA GAS WORKS<br>»» 05S | Secured Creditors | $7,460.55 | $0.00 | $0.00 |
| 7 | PHILADELPHIA GAS WORKS<br>»» 05U | Unsecured Creditors | $309.91 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $95.21 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $858.67 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $155.43 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $1,569.07 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,195.02 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-15022-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $896.09 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $872.13 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP LLC<br>»» 013 | Unsecured Creditors | $573.57 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP LLC<br>»» 014 | Unsecured Creditors | $109.70 | $0.00 | $0.00 |
| 17 | SELECT PORTFOLIO SERVICING INC<br>»» 015 | Mortgage Arrears | $112,706.42 | $0.00 | $0.00 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $6,044.66 | $0.00 | $0.00 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 017 | Secured Creditors | $125.94 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,900.00 | Current Monthly Payment: | $1,150.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,150.00 |
| Paid to Trustee: | $531.36 | Total Plan Base: | $67,850.00 |
| Funds on Hand: | $6,368.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.