**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Linda A. Govan aka Linda Govan<br>Debtor | CHAPTER 13 |
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9<br>Moving Party | NO. 25-15022 AMC |
| vs. | 11 U.S.C. Section 362 |
| Linda A. Govan aka Linda Govan<br>Debtor | |
| Scott F. Waterman<br>Trustee | |

**CONSENT ORDER ON MOTION FOR RELIEF FROM STAY**

1. The above-styled Motion having been scheduled for a hearing before the Court on September 23, 2026, upon Notice of Motion to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:
2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is settled, subject to the terms set forth therein and in the Amended Plan.
3. FURTHER ORDERED that as of September 11, 2026, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| **Number of Missed Payments** | **From** | **To** | **Monthly Missed Principal & Interest** | **Monthly Missed Escrow (if applicable)** | **Monthly Payment Amount** | **Total of Monthly Payments Missed** |
|---|---|---|---|---|---|---|
| 5 | May 2026 | September 2026 | $613.94 | $469.39 | $1,083.33 | $5,416.65 |
| Less post-petition partial payments (suspense balance) | | | | | ($145.78) | |

**Total: <u>$5,270.87</u>**

4. This arrearage shall be paid as follows:
   a. Within seven (7) days of the filing of this Stipulation, Debtor is ordered to pay the total post-petition arrearage totaling a sum **$5,270.87** by amending the Bankruptcy plan.
5. Regular payments in the amount of **$1,083.33** to be paid on or before **October 1, 2026** and any

additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor and attorney for Debtor, and failure of Debtor to cure such default within **fifteen (15)** days from the date of receipt of such notice, Movant may file a certification of default, with service upon Debtor, attorney for Debtor and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(4) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor, shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor remains in bankruptcy.

CONSENTED TO BY:

Date: September 23, 2026

/s/ Maggie Soboleski
Maggie Soboleski, Esq.
Attorney for Movant

Date: October 1, 2026

/s/ David M. Offen
David M. Offen, Esq.
Attorney for Debtor

Date: October 5, 2026

/s/ Ann Swartz *for*
Scott F. Waterman
Chapter 13 Trustee

Approved by the Court this 7th day of October, 2026. However, the Court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan